# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RACHEL WILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:12:cv-391-SKL |
| | ) |
| CELLULAR SALES OF TENNESSEE, LLC | ) |
| | ) |
| Defendant. | ) |

## ORDER APPROVING FLSA SETTLEMENT AND
## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion for in camera review and approval of their confidential settlement agreement and release [Doc. 49]. In the motion, the parties seek, among other things, court approval of the settlement of Plaintiff's claims against Defendant arising solely under the Fair Labor Standards Act, 29 U.S.C.A. §§201-19 ("FLSA"). The Court held a hearing to consider the merits of the motion on September 8, 2014. After specifically considering the terms of the FLSA portion of the settlement described during the hearing, the Court concludes that the settlement of Plaintiff's FLSA claim is fair and reasonable.

Therefore, **IT IS HEREBY ORDERED** as follows:

1. For the reasons raised in the Court's order dated August 18, 2014 [Doc. 51], the aspect of the motion seeking an *in camera* review of the settlement agreement [Doc. 49] is **DENIED** as moot**;**

2. For the reasons set forth during the hearing, the aspect of the motion seeking judicial

approval of the settlement [Doc. 49] is **GRANTED** and the settlement of Plaintiff's FLSA claim, including the agreed upon attorney's fees for same, is **APPROVED** as being a fair, just, adequate, and reasonable compromise of the disputed issues of law and fact concerning the FLSA claim in this action; and

3. Per the parties agreement, this case shall be **DISMISSED with prejudice** with each party bearing its own attorney fees and costs, except as otherwise provided in the settlement. As a result, the Clerk of Court shall close this case.

SO ORDERED.

ENTER:

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE